JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN CAMERON GEDDES, JR., <br>     Plaintiff, <br>     v. <br> ANDREW M. SAUL, Commissioner of Social Security, <br>     Defendant. | NO. EDCV 19-1502-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: August 5, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE