# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DAN CAMERON GEDDES, JR., | CASE NO.: **EDCV 19-01502 KS** |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| ANDREW SAUL, Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND SIX HUNDRED DOLLARS and 00/cents ($3,600.00), as authorized by ~~28 U.S.C. § 2412~~ (d), and subject to the terms and conditions of the Stipulation.

DATED: October 23, 2020

*Karen L. Stevenson*
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1